LAFLER *v.* MONROE CIRCUIT JUDGE.

CIVIL DAMAGES—SALOON-KEEPER'S BOND—JOINT ACTION—REMISSION OF JUDGMENT.

> An action for civil damages against a saloon keeper and his bondsmen is joint, and a remission by plaintiff of so much of a judgment recovered in such action as is in excess of the penalty of the bond inures to the benefit of the principal as well as of the sureties.

*Mandamus* by Martha E. Lafler to compel Edward D. Kinne, circuit judge of Monroe county, to enter an order reforming a judgment. Submitted November 7, 1898. Writ denied December 6, 1898.

*John O. Zabel* and *C. A. Golden,* for relator.

*Watts, Bean & Smith* (*Landon & Lockwood,* of counsel), for respondent.

PER CURIAM. The plaintiff recovered a judgment in the Monroe circuit court against one Fisher, a saloon keeper, and his bondsmen, in the sum of $5,000. The penalty of the bond was but $3,000. The defendants moved for a new trial, and the court ordered that a new trial be granted unless the plaintiff remit down to the penalty of the bond. The plaintiff, on the hearing of the motion, asked for judgment for $3,000 against the sureties, and for the amount of the verdict, $5,000, against the principal. This application was denied, and *mandamus* is now sought to compel the circuit judge to enter such order.

The action is joint. A satisfaction by one defendant would discharge the action. There is no provision of statute for severing in an action *ex delicto,* or for entering a judgment in one sum against one defendant, and in a greater sum against another.

The writ is denied.